IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| RUTH CHARLES, | No. 4:21-CV-00883 |
| Plaintiff, | (Chief Judge Brann) |
| v. | |
| COUNTY OF LYCOMING, PENNSYLVANIA, RYAN GARDNER, *individually*, and LISA DIMASSIMO, *individually*, | |
| Defendants. | |

## ORDER

### DECEMBER 31, 2025

In accordance with the accompanying Memorandum Opinion, **IT IS HEREBY ORDERED** that:

1. Defendants' Motion for Summary Judgment (Doc. 34) is **GRANTED**;

2. Final Judgment is entered in favor of Defendants and against Plaintiff, Ruth Charles; and

3. The Clerk of Court is directed to **CLOSE** this case.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
Chief United States District Judge